IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-451-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTOINE LAMAR WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

On December 18, 2018, Antoine Lamar Wallace ("Wallace") moved to dismiss the indictment based on the Double Jeopardy Clause of the Fifth Amendment [D.E. 47]. On January 2, 2019, the government responded in opposition [D.E. 49].

Wallace concedes that governing precedent defeats his argument. See Heath v. Alabama, 474 U.S. 82, 88–89 (1985); Abbate v. United States, 359 U.S. 187, 194–96 (1959); United States v. Lanza, 260 U.S. 377, 382 (1922); United States v. Alvarado, 440 F.3d 191, 196 (4th Cir. 2006). The motion [D.E. 47] is DENIED.

SO ORDERED. This 9 day of January 2019.

JAMES C. DEVER III
United States District Judge