IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:18-CR-00451-D-2

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **CONSENT ORDER FOR RESTITUTION** |
| ANTOINE LAMAR WALLACE | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 1593, 2259(b)(3), and 3664(h), and in accordance with the terms and conditions of Defendant's Plea Agreement, Defendant and the United States have agreed and stipulated that Defendant owes $836,763.00 in restitution, which shall be due and payable in full and immediately to victims B.H., M.J., J.R., and victim A.H.'s heir(s). Defendant and the United States further agree that Defendant's restitution shall be joint and several with Co-Defendant Jonathan Jenkins, although Defendant's restitution shall not exceed $836,763.00, and Defendant shall not owe restitution for victim R.H. pursuant to his Plea Agreement. See 18 U.S.C. §§ 1593(b)(2), 3664(h). Finally, Defendant and the United States agree that any payment plan established by the Court's Judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of

1

restitution and the joint and several liability, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $836,763.00 in restitution to the victims in accordance with the parties' agreement, as set forth above, and in accordance with the Court's Judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This Consent Order shall be made part of Defendant's criminal Judgment in this case.

SO ORDERED, this __5__ day of November 2021.

                                                   JAMES C. DEVER III
                                                   United States District Judge

AGREED AND CONSENTED TO BY:

DEFENDANT

ANTOINE LAMAR WALLACE

By:   */s/ Renorda E. Pryor*                     November 4, 2021
      RENORDA E. PRYOR                     Date
      Counsel for Defendant

UNITED STATES OF AMERICA

G. NORMAN ACKER, III
Acting United States Attorney

By:   */s/ Lucy Partain Brown*                   November 4, 2021
      LUCY PARTAIN BROWN                 Date
      Assistant United States Attorney